UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INS. CO.,

    Plaintiff,                                Case No. 13-cv-12352

v.                                           HONORABLE STEPHEN J. MURPHY, III

RAYMOND TUNISON and ADAM
TUNISON,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (document no. 17) and GRANTING ALLSTATE'S MOTION FOR DEFAULT JUDGMENT (document no. 14).

Defendant Adam Tunison crashed his car into another vehicle while driving the wrong way on I-75 near Toledo, Ohio. The crash killed the driver of the other automobile. Allstate brought this action seeking a declaration that it does not have to indemnify Tunison against any losses resulting from the car accident. Defendants have not filed an answer to the complaint or defended the action. The Clerk of the Court entered default against Tunison. Allstate subsequently filed the current motion for default judgment. The Court referred the case to a magistrate judge, who issued a Report and Recommendation suggesting the Court enter default judgment in favor of Allstate. Report, ECF No. 17.

A copy of the Report was sent to the parties on September 10, 2014. Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Fed. R. Civ. P. 72(b)(3). Neither party filed any objections. De novo review of the magistrate judge's findings is therefore not required. The Court has reviewed the file and the Report, and finds the magistrate judge's analysis is proper.

Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the magistrate's Report and Recommendation (document no. 17) is **ADOPTED.**

**IT IS FURTHER ORDERED** that Allstate's Motion for Default Judgment (document no. 14) is **GRANTED**.

**SO ORDERED**.

                                           s/Stephen J. Murphy, III
                                           STEPHEN J. MURPHY, III
                                           United States District Judge

Dated: October 19, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2014, by electronic and/or ordinary mail.

                                             s/Carol Cohron
                                             Case Manager